# Court of Appeals
# of the State of Georgia

ATLANTA,  October 16, 2019

*The Court of Appeals hereby passes the following order:*

**A19A0906. SAUNDERS v. THE STATE.**

We granted Antonio J. Saunders' application for interlocutory review from the trial court's denial of his motion to suppress. After a careful consideration of the applicable law and a thorough review of the complete record on appeal, we have determined that the application was improvidently granted. Accordingly, this appeal is DISMISSED as improvidently granted.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  10/16/2019*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*